IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| YANCY DAVIS, | ) |
| Plaintiff, | ) Case No. 10-00857-CV-W-DGK |
| vs. | ) |
| BERMAN & RABIN, P.A., | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT AND
## REQUEST TO STAY ALL DEADLINES

Plaintiff, Yancy Davis, on behalf of all Parties, hereby respectfully notifies the Court that the Parties have reached a confidential settlement agreement in the above referenced matter and states as follows:

1. Plaintiff filed this action on or about August 31, 2010. Berman & Rabin, P.A.'s Answer was filed on or about September 29, 2010.

2. This case is currently set for an Early Assessment Program Mediation on December 20, 2010.

3. Plaintiff is notifying this Court, that she has settled this action with the Defendant. The Parties are in the process of preparing the necessary documents in order to memorialize the pertinent terms and conditions to execute a formal settlement agreement.

4. As such, the Parties are respectfully requesting a stay of all deadlines, and that the Parties be excused from any appearances, in light of the Parties' imminent settlement agreement.

5. The Parties expect that a stipulation of dismissal with prejudice will be filed shortly.

Respectfully submitted,

   /s David M. Marco
*Admitted Pro Hac Vice*
LARRY P. SMITH & ASSOCIATES, LTD.
205 North Michigan Avenue, 40th Floor
Chicago, IL 60601
Telephone: (312) 222-9028 (x812)
Facsimile: (888) 418-1277
E-Mail: dmarco@smithlaw.us

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service list in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

   /s David M. Marco