## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | | |
|---|---|---|
| YANCY DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10-cv-00857-DGK |
| | ) | |
| v. | ) | Judge Kays |
| | ) | |
| BERMAN & RABIN, P.A., | ) | |
| | ) | |
| Defendant. | ) | |

### STIPULATION TO DISMISS WITH PREJUDICE PURSUANT TO SETTLEMENT

By agreement, the parties to the above-captioned action, by and through their respective attorneys, state as follows:

1. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate and agree that the above-captioned action should be dismissed.

2. The parties, by agreement, respectfully request that this case be dismissed with prejudice and without costs to any party, all costs having been paid and all matters in controversy for which this action was brought having been fully settled, compromised and adjourned.

**Date:** December 23, 2010

| For Plaintiff, Yancy Davis | For Defendant, Bernman & Rabin, P.A. |
|---|---|
| /s David M. Marco | s/ with consent Anna M. Wenzel |
| *Admitted Pro Hac Vice* | Berman & Rabin |
| Larry P. Smith & Associates, Ltd. | 10660 Barkley |
| 205 N. Michigan Ave., 40th floor | Overland Park, KS 66212 |
| Chicago, Illinois 60601 | Telephone: (913) 982-0345 |
| **Telephone:** (312) 222-9028 (x812) | Facsimile: (913) 652-9474 |
| **Facsimile:** (888) 418-1277 | E-Mail: awenzel@bermanrabin.com |
| **E-mail:** dmarco@smithlaw.us | |

1