# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| YANCY DAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 10-00857-CV-W-DGK |
| | ) |
| BERMAN & RABIN, P.A., | ) |
| | ) |
| Defendant. | ) |

## ORDER

Having considered the Stipulation to Dismiss with Prejudice Pursuant to Settlement (Doc. 14), it is hereby

ORDERED that the case is dismissed with prejudice, without costs to any party.

      /s/ Greg Kays
GREG KAYS, JUDGE
UNITED STATES DISTRICT COURT

Dated: December 28, 2010